UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES DEL SYENS,

    Plaintiff,

v.                                            CASE NO.: 8:11-cv-1040-T-23TGW

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
                                 /

**ORDER**

An administrative law judge ("ALJ") found that James Del Syens is not disabled. Asserting that the ALJ erred, Syens sues (Doc. 1) the Commissioner of Social Security. On September 18, 2012, Magistrate Thomas B. Wilson issued a report (Doc. 26) finding that the ALJ (1) improperly utilized the medical-vocational guidelines in determining that the plaintiff is not disabled, (2) improperly invoked post-hoc rationalizations to support the decision, and (3) failed to clarify the extent to which fatigue limits the plaintiff's residual functional capacity. The time Local Rule 6.02 permits for an objection expired, and the Commissioner submits nothing.

Magistrate Judge Wilson's report and recommendation is thorough and proper. Consequently, the report and recommendation (Doc. 26) is **ADOPTED**, the decision

of the Commissioner of Social Security is **REVERSED**, and Syens' action is **REMANDED** for further proceedings consistent with this order.

The clerk is directed to enter judgment in favor of the plaintiff, to terminate any pending motion, and to close the case.

ORDERED in Tampa, Florida, on October 11, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE